UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD SPEARMAN,<br><br>Plaintiff,<br><br>v.<br><br>STEPHANIE CLENDENIN, et al.,<br><br>Defendants. | No. 2:21-cv-1213 TLN KJN P<br><br>ORDER TO SHOW CAUSE |

The April 27, 2022 court order was served on plaintiff's address of record and returned by the postal service marked "not in custody." Plaintiff proceeds in propria persona and is required under Local Rule 183(b) to inform the court of any address change.[1] Counsel for defendants has contacted the courtroom deputy as required by the April 27, 2022 order, and is prepared to attend the ADR settlement conference. Accordingly, IT IS HEREBY ORDERED that plaintiff show

////
////
////
////

---

[1] Plaintiff also failed to file a change of address in Spearman v. Sam Berri Towing, No. 1:22-cv-0086 SKO (PC) (E.D. Cal. Apr. 26, 2022) (recommending dismissal of the action for failure to prosecute). Plaintiff is not listed as an inmate at the Sacramento County Jail. <https://www.sacsheriff.com/InmateInformation/SearchNames.aspx>, accessed May 17, 2022.

1

cause, within twenty-one days from the date of this order, why this action should not be dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

Dated: May 17, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/spea1213.osc